**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6777**

———————

JONATHAN KEITH REID,

 Plaintiff - Appellant,

 versus

GLEN FORD, Officer; ALAN WALLER, Officer,

 Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-02-244-1-WLO)

———————

Submitted: February 28, 2006  Decided: March 9, 2006

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan Keith Reid, Appellant Pro Se. Terry D. Horne, STILES, BYRUM & HORNE, L.L.P., Charlotte, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Keith Reid appeals the magistrate judge's denials of his motions for default judgment in this action under 42 U.S.C. § 1983 (2000); the district court subsequently granted summary judgment to Defendants on the basis of qualified immunity, though Reid does not challenge that ruling. See 4th Cir. R. 34(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Reid v. Ford, No. CA-02-244-1-WLO (M.D.N.C. May 29, 2003; June 26, 2003; filed Aug. 7, entered Aug. 8, 2003; Dec. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED